```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────────

**HOWARD MARSTON.,**

                        Petitioner,

                                                       **19-cv-8711 (JGK)**

    - against -

                                                             **ORDER**

**UNITED STATES OF AMERICA,**
.
                        Respondent.

───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The Government appears to have responded to this Court's October 23, 2019 order by November 25, 2019. The time to respond is extended to May 15, 2020. The Clerk is requested to notify electronically the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued. Chambers will mail a copy of this order to the pro se petitioner.

**SO ORDERED.**

**Dated:**    **New York, New York**
              **April 17, 2020**              _/s/ John G. Koeltl_
                                              **John G. Koeltl**
                                    **United States District Judge**