UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

       - against -             17cr298 (JGK)
                               19cv8711 (JGK)
HOWARD MARSTON,

               Defendant.      ORDER
_____

JOHN G. KOELTL, District Judge:

     The Government responded to the petition on January 17, 2020 on docket No. 17-cr-298. Therefore, the petitioner's time to reply is extended to May 15, 2020. This Court's order dated April 17, 2020 entered on docket No. 19-cv-8711 is vacated. Chambers will mail a copy of this order to the pro se petitioner.

SO ORDERED.

Dated:    New York, New York
          April 20, 2020       _____ /s/ John G. Koeltl _____
                                John G. Koeltl
                      United States District Judge